FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2016

No. 04-16-00535-CV

**SAN ANTONIO RIVER AUTHORITY**,
Appellant

v.

**AUSTIN BRIDGE & ROAD, L.P. AND HAYWARD BAKER INC.**,
Appellee-s

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 15-12-23406-CV
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

In this court's order of October 21, 2016, appellate deadlines in this case were suspended until December 5, 2016, allowing for a disposition to be filed within (30) days of the date of mediation. On December 5, 2016, the appellant filed an unopposed motion requesting that the deadline suspension be extended until December 21, 2016, to conduct scheduled mediation. No further extensions of time will be considered or granted without proof of extraordinary circumstances.

The request is granted. Appellate deadlines in this case are hereby suspended until **December 21, 2016**.

It is so **ORDERED** on December 8, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court